UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

DATE OF PROCEEDINGS: 03/09/2016
CRIMINAL DOCKET #:16-107(AET)-01

OFFICE: TRENTON
JUDGE ANNE E. THOMPSON
COURT RECORDER: K. STILLMAN

TITLE OF CASE:
UNITED STATES OF AMERICA
    vs.
JAY FUNG, DEFENDANT PRESENT.

APPEARANCES:
Andrew Kogan, Assistant United States Attorney
Jeffrey Cox, Esquire for Defendant
Pretrial Service Officer present.

NATURE OF PROCEEDINGS:
INITIAL APPEARANCE/WAIVER OF INDICTMENT PROCEEDING HELD.

Ordered defendant sworn; defendant sworn.
Waiver of Indictment executed and filed.
Defendant entered a Plea of Guilty to a One-Count Information.
Information filed.
Ordered terms of the plea agreement read into the record.
Ordered plea agreement approved and accepted.
Plea agreement and Rule 11 Form to be filed.
Ordered Sentencing set for 6/20/2016 at 11:00 a.m.
Hearing on defendant's application for bail.
Ordered application Granted.
Ordered bail set at $250,000.00 unsecured appearance bond with special conditions.

Time commenced: 11:00 a.m.
Time Adjourned: 11:45 a.m.
Total Time: 45 minutes

                                            s/Dana Sledge-Courtney
                                              Courtroom Deputy