**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
<u>**MINUTES OF PROCEEDINGS**</u>


**OFFICE: TRENTON**                                          **1/17/2018**
**JUDGE ANNE E. THOMPSON**
**COURT RECORDER: K.STILLMAN**


**TITLE OF CASE:**                                          **CR16-107(AET)**

UNITED STATES OF AMERICA
vs.

JAY FUNG,
        DEFENDANT PRESENT

**APPEARANCES:**


Andrew Kogan, AUSA, for government
Jeffrey Cox, Esq., for defendant
Maryellyn Muller, Probation Officer


**NATURE OF PROCEEDINGS:** SENTENCING ON Count 1 of Information.
IMPRISONMENT: 12 months and 1 day.
Supervised Release: 3 years, with special conditions.
Fine: $2,000.
Special Assessment: $100.
Forfeiture: Consent Judgment and Order of Forfeiture filed 10/4/2017
at docket entry #9.
Defendant advised of right to appeal.
Ordered defendant shall surrender for service of sentence at the institution designated
by the Bureau of Prisons on or after April 30, 2018.


**Time commenced: 11:15 am**
**Time adjourned: 12:05 pm**
**Total Time: 50 minutes**


                                          <u>**s/Ann Dello Iacono**</u>

                                          **DEPUTY CLERK**